895 A.2d 546

**In re the Nomination Papers of Patrick J. MURPHY as Candidate for Representative in the United States Congress of District Eight, Appeal of Jane Faust.**

Supreme Court of Pennsylvania.

Submitted April 17, 2006.

Decided April 26, 2006.

Lawrence M. Otter, Esq., Harrisburg, for Jane Faust.

E. Graham Robb, Jr., Esq., Philadelphia, for Patrick J. Murphy.

Louis Lawrence Boyle, Esq., for Bureau of Commissions, Elections and Legislation.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2006, the Order of the Commonwealth Court is **AFFIRMED.**